**ORIGINAL**

rjaimes

LEONARDO M. RAPADAS
United States Attorney
STEVE CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM
MAY 10 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. **05-00020** |
| Plaintiff, ) | **INFORMATION** |
| vs. ) | **DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)** [16 GCA 180102(b) and 18 USC §§ 7(3) and 13] |
| RICHARD JAIMES, ) | **DRIVING UNDER THE INFLUENCE OF ALCOHOL** [16 GCA 180102(a) and 18 USC §§ 7(3) and 13] |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT I - DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)**

On or about 27 February 2005, in the District of Guam, the defendant, **RICHARD JAIMES**, at Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did operate and was in physical control of a motor vehicle while he had .08% or more, by weight, of alcohol in his blood, in violation of 16 Guam Code Annotated, Section 18102(b) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

## COUNT II - DRIVING UNDER THE INFLUENCE OF ALCOHOL

On or about 27 February 2005, in the District of Guam, the defendant, **RICHARD JAIMES**, at Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did operate and was in physical control of a motor vehicle while under the influence of alcohol, in violation of 16 Guam Code Annotated, Section 18102(a) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

DATED this 10 day of May, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ Steve Chiappetta
STEVE CHIAPPETTA
Special Assistant U.S. Attorney