rjaimesmot

LEONARDO M. RAPADAS
United States Attorney
STEVEN CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAY 12 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>    vs.<br><br>RICHARD JAIMES,<br><br>    Defendant. | MAGISTRATE CASE NO. 05-00020<br><br>**UNITED STATES' REQUEST FOR ISSUANCE OF SUMMONS AND ORDER** |

    Comes now the United States of America and requests this Honorable Court issue a summons for defendant, RICHARD JAIMES, based on an Information filed charging the

//
//
//
//
//
//
//

1  defendant with two counts of Driving Under the Influence of Alcohol in violation to Title 16,
2  Guam Code Annotated, Sections 180102(a) and (b) and Title 18, United States Code, Sections
3  7(3) and 13.
4      Respectfully submitted this 11th day of May 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
STEVEN CHIAPPETTA
Special Assistant U.S. Attorney

\* \* \* \* \* ORDER \* \* \* \* \*

IT IS SO ORDERED that a summons will be issued for the above-named defendant.

5/12/2005
DATE

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam



RECEIVED
MAY 11 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM