# UNITED STATES DISTRICT COURT

DISTRICT OF _____

FILED
DISTRICT COURT OF GUAM
JUN 23 2005
~~MARY L.M. MORAN~~
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**RICHARD JAIMES**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE** ③<br><br>Case Number: MG-05-00020 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | Room<br>413 |
|---|---|
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Date and Time<br>Tuesday, June 28, 2005 at 9:00 a.m. |

To answer a(n)
    ☐ Indictment    **X** Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

16 GCA 180102(b) & 18 USC 7(3) & 13 - DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC) - COUNT 1

16 GCA 180102(a) & 18 USC 7(3) & 13 - DRIVING UNDER THE INFLUENCE OF ALCOHOL - COUNT 2



ORIGINAL

| | |
|---|---|
| **MARILYN B. ALCON, Deputy Clerk**<br>Name and Title of Issuing Officer | *Marilyn B. Alcon*<br>Signature of Issuing Officer |
| **May 12, 2005**<br>Date | |

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | Date 428P 6/22/05 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: THROUGH HIS ATTORNEY. KIM SAVO USPO.

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

RECEIVED
JUN 22 2005
FEDERAL PUBLIC DEFENDER
DISTRICT OF GUAM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  6/23/05           J.L.B. SABLAN
              Date              Name of United States Marshal
                                S/DUSM NICHOLAS UNGACTA
                                (by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.