FILED

DISTRICT COURT OF GUAM

JUN 29 2005 *nbc*

MARY L.M. MORAN
CLERK OF COURT

(4)

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. **05-00020** |
| Plaintiff, | |
| vs. | O R D E R |
| **RICHARD JAIMES,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to May 23, 2005.

Dated this 28th day of June, 2005.

JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM