JOHN T. GORMAN  
Federal Public Defender  
District of Guam

KIM SAVO  
Assistant Federal Public Defender  
First Hawaiian Bank Building  
400 Route 8, Suite 501  
Mongmong, Guam 96910  
Telephone: (671) 472-7111  
Facsimile: (671) 472-7120

Attorney for Defendant  
RICHARD JAIMES

FILED  
DISTRICT COURT OF GUAM  
JUL 27 2005  
MARY L.M. MORAN  
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 05-00020 |
| ) | |
| Plaintiff, ) | NOTICE OF INTENT TO CHANGE PLEA |
| ) | AND REQUEST FOR HEARING; |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| RICHARD JAIMES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF INTENT TO CHANGE PLEA AND REQUEST FOR HEARING

Defendant, Richard Jaimes, by and through his attorney of record, Kim Savo, Assistant Federal Public Defender, hereby submits Notice of Intent to Change Plea From Not Guilty to Guilty. Defendant further requests that a hearing on said Change of Plea be scheduled for Monday, August 1, 2005 at 10:30 a.m.

**ORIGINAL**

DATED: Mongmong, Guam, July 26, 2005.

_____
KIM SAVO
Attorney for Defendant
RICHARD JAIMES

IT IS SO ORDERED that defendant be permitted to change his plea from not guilty to guilty on August 1, 2005 at 10:30 a.m.

_____
JOAQUIN V. E. MANIBUSAN, JR.
MAGISTRATE JUDGE
District Court of Guam



RECEIVED
JUL 27 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2

## CERTIFICATE OF SERVICE

I, RENATE DOEHL, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on July 26, 2005:

STEVE CHIAPETTA
Special Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, July 26, 2005.

_____
RENATE DOEHL
Operations Administrator

KIM SAVO
Attorney for Defendant