**FILED**
DISTRICT COURT OF GUAM
AUG - 1 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MG-05-00020**  **DATE: 08/01/2005**  **TIME: 10:31 a.m.**

*********************************************************************************

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: Judith Hattori
Court Reporter: Wanda M. Miles    Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:31:08 - 10:50:28    CSO: F. Tenorio

* * * * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: RICHARD JAIMES**    **ATTY : KIM SAVO**
( X ) PRESENT   (  ) CUSTODY   ( X ) BOND   (  ) P.R.    ( X ) PRESENT  (  ) RETAINED  ( X ) FPD  (  ) CJA APPOINTED

U.S. ATTORNEY: STEPHEN CHIAPPETTA    AGENT:

U.S. PROBATION: MARIA CRUZ    U.S. MARSHAL:

*********************************************************************************

## PROCEEDINGS:   CHANGE OF PLEA

(  ) COMPLAINT READ TO DEFENDANT
(  ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
(  ) DEFENDANT SWORN AND EXAMINED: AGE: _21_    HIGH SCHOOL COMPLETED: _1 Semester of College_
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
(  ) REMOVAL/IDENTITY HEARING (  ) CONDUCTED (  ) WAIVED (  ) SET FOR:_____ at _____
(  ) WARRANT OF REMOVAL ISSUED
(  ) GOV'T SUMMARIZES THE EVIDENCE    (  ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
(  ) DEFENDANT WAIVES READING OF (  ) COMPLAINT   (  ) INFORMATION   (  ) INDICTMENT
( X ) PLEA ENTERED:  ( X ) *GUILTY*   (  ) *NOT GUILTY* - TO: COUNT I OF THE INFORMATION - DRIVING UNDER THE
                                         INFLUENCE OF ALCOHOL (BAC)
( X ) COUNT _II_ DISMISSED ON GOVERNMENT'S MOTION
(  ) PLEA AGREEMENT FILED: __NO WRITTEN PLEA__   PLEA: (  ) *ACCEPTED* (  ) *REJECTED*
(  ) COURT ORDERS PLEA AGREEMENT *SEALED*
(  ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: _NOVEMBER 30, 2005_ at _10:00 A.M._   (  ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE: _OCTOBER 25, 2005_
(  ) PRELIMINARY EXAMINATION SET FOR: _____
(  ) ARRAIGNMENT SET FOR: _____ at _____
(  ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
(  ) DEFENDANT TO BE RELEASED ON BOND (see attached release conditions)
(  ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR (  )*PROCESSING* (  )*DETENTION*
(  ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

Defendant orally consented to proceed before a U.S. Magistrate Judge.  Defendant entered his plea of guilty without a written plea agreement.  Defense requested for a sentencing date for sometime in early December because Defendant will be off-island from now until October 15.  No objection.