ORIGINAL

FILED
DISTRICT COURT OF GUAM

NOV 22 2005

MARY L.M. MORAN
CLERK OF COURT

richardjaimespsr

LEONARDO M. RAPADAS
United States Attorney
STEVE CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00020 |
| Plaintiff, | |
| vs. | **GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |
| RICHARD JAIMES, | |
| Defendant. | |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States hereby adopts the findings of the Presentence Report for the above defendant.

Respectfully submitted this 22 day of November 2005.

                LEONARDO M. RAPADAS
                United States Attorney
                Districts of Guam and NMI

By: _____
      STEVE CHIAPPETTA
      Special Assistant U.S. Attorney