ORIGINAL

JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
RICHARD JAIMES

FILED
DISTRICT COURT OF GUAM
NOV 29 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MG 05-00020 |
| ) | |
| Plaintiff, ) | SENTENCING MEMORANDUM |
| ) | |
| vs. ) | |
| ) | |
| RICHARD JAIMES, ) | |
| ) | |
| Defendant. ) | |

## SENTENCING MEMORANDUM

Defendant, RICHARD JAIMES, by and through counsel, John T. Gorman, Federal Public Defender, respectfully requests this Court give the defendant credit for the existing financial penalties already levied on him when imposing the mandatory fine of $1,000.

Mr. Jaimes has already paid a severe financial penalty levied by his employer, the federal government, for this offense conduct.

1. His Naval rank was reduced from E4 to E3. This was effective as of March, 2005. This rank reduction reduced his monthly take-home pay by approximately $700. This means that as of December 1, 2005, he will have lost 9 months of the difference between E4 and

E3. 9 times $700 equals $6,300.00

       2. His E3 monthly take-home pay is approximately $2,395. He was docked half a month pay for 2 months, which amounts to a total of $2,395.00

       3. Therefore, his total approximate financial loss levied on him by the federal government, his employer, is $8, 695.00.

The losses of $700 monthly due to his E4 to E3 rank reduction will also continue for the foreseeable future, so the $8, 695 figure does not reflect his total financial penalties.

Therefore, as the federal government, through the U.S. Navy, has already extracted a financial punishment or fine of over $8, 695, Mr. Jaimes respectfully requests this Court give him credit for monies already paid when assessing the mandatory $1, 000 fine. This requested sentence would be just, fair and reasonable and would be sufficient, but not greater than necessary and satisfy the mandates of 18 U.S.C. § 3553.

DATED: Mongmong, Guam, November 29, 2005.

JOHN T. GORMAN
Attorney for Defendant
RICHARD JAIMES

2

## CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on November 29, 2005:

STEVE CHIAPPETTA
Special Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

STEPHEN P. GUILLOT
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, November 29, 2005.

_____
RENATE A. DOEHL
Operations Administrator

JOHN T. GORMAN
Attorney for Defendant
RICHARD JAIMES