ORIGINAL

1 | JAIMES_R.gar

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

7 | Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
FEB 24 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RICHARD JAIMES, ) <br> ) <br> Defendant, ) <br>_____) <br> ) <br> REDWOOD CREDIT UNION, ) <br> ) <br> Garnishee. ) <br>_____) | MAGISTRATE CASE NO. 05-00020 <br><br> **STIPULATED MOTION FOR WRIT OF CONTINUING GARNISHMENT** |

WHEREAS Defendant, RICHARD JAIMES, Social Security Number XXX-XX-4067, has requested that monies available in the judgment defendant's account number XX2424, in the amount of $25.00 semi-monthly beginning March 15, 2006 and continuing thereafter on the 5th and 15th of every month, be made payable to the Clerk, U.S. District of Guam for payment toward Defendant RICHARD JAIMES' fine that is due and owing;

//
//
//
//
//

Plaintiff, UNITED STATES OF AMERICA, and Defendant, RICHARD JAIMES, hereby jointly move the Court for an order of a writ of continuing garnishment on the monies available in the judgment defendant's account number XX2424, in the amount of $25.00 semi-monthly, beginning March 15, 2006 and continuing thereafter on the 5th and 15th of every month, until Defendant RICHARD JAIMES' fine obligation is paid in full.

Dated: 2/14/06

RICHARD JAIMES
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 2/24/06       By:

MARIVIC P. DAVID
Assistant U.S. Attorney

APPROVED:

F. MICHAEL CRUZ
Chief Probation Officer
Districts of Guam and the NMI

By:

JOHN. W. SAN NICOLAS II
U.S. Probation Officer