ORIGINAL

JAIMES_R.gar

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
FEB 27 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RICHARD JAIMES, ) <br> ) <br> Defendant, ) <br> _____) <br> ) <br> REDWOOD CREDIT UNION, ) <br> ) <br> Garnishee. ) <br> _____) | MAGISTRATE CASE NO. 05-00020 <br><br> **WRIT OF CONTINUING GARNISHMENT** |

Upon stipulated motion of Plaintiff and Defendant for an order of Writ of Continuing Garnishment on Defendant, RICHARD JAIMES' account number XX2424, in the amount of $25.00 semi-monthly, beginning Mach 15, 2006 and continuing thereafter on the 5th and 15th of every month;

//
//
//
//

ORIGINAL

IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on account number XX2424, in the amount of $25.00 semi-monthly of RICHARD JAIMES, Social Security Number XXX-XX-4067, beginning March 15, 2006 and continuing thereafter on the 5th and 15th of every month, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT OF GUAM**

and mailed to:

U.S. District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

DATED this 27th day of February, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam



RECEIVED
FEB 2 4 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM