ORIGINAL

JAIMES_R.ter

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
SEP 26 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> RICHARD JAIMES, ) <br> ) <br> Defendant, ) <br> ) <br> REDWOOD CREDIT UNION, ) <br> ) <br> Garnishee. ) | MAGISTRATE CASE NO. 05-00020 <br><br> **MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT** |

On or about February 27, 2006, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about September 25, 2006, our office

//
//
//
//
//
//

received a request from defendant's probation officer to discontinue. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant RICHARD JAIMES.

DATED this 25th day of September, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney