ORIGINAL

JAIMES_R.facg

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT -2 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00020 |
| Plaintiff, ) | |
| vs. ) | **FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT** |
| RICHARD JAIMES, ) | |
| Defendant, ) | |

FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To: Redwood Credit Union
    Attn.: Automative Services
    P.O. Box 6104
    Santa Rosa, CA 95406

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about February 27, 2006, $325.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

//
//
//

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the written objection to the United States District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

DATED this 25th day of September, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney

PAYMENT HISTORY
FOR: 2005Z00180

DEBTOR: Jaimes, Richard
COLLECTION TYPE: 3
BALANCE AS OF SEPTEMBER 25, 2006:        $475.00

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 21-MAR-2006 | GC/H | 0028306 | 12056062 | $ 25.00 |
| 10-APR-2006 | GC/H | 0028412 | 12062094 | 25.00 |
| 08-MAY-2006 | GC/H | 0028539 | 12068776 | 25.00 |
| 16-MAY-2006 | GC/H | 0028578 | 12071017 | 25.00 |
| 23-MAY-2006 | GC/H | 0028612 | 12073386 | 25.00 |
| 13-JUN-2006 | GC/H | 0028708 | 12078780 | 25.00 |
| 23-JUN-2006 | GC/H | 0028795 | 12080825 | 25.00 |
| 10-JUL-2006 | GC/H | 0028940 | 12084888 | 25.00 |
| 07-AUG-2006 | GC/H | 0029333 | 12092536 | 25.00 |
| 11-AUG-2006 | GC/H | 0029463 | 12093680 | 25.00 |
| 28-AUG-2006 | GC/H | 0029735 | 12097300 | 25.00 |
| 11-SEP-2006 | GC/H | 0029886 | 1210652 | 25.00 |
| 25-SEP-2006 | GC/H | 0030037 | 12104365 | 25.00 |

TOTAL DOLLAR AMOUNT OF PAYMENTS:        **$325.00**

- 3 -

Case 1:05-mj-00020    Document 27    Filed 10/02/2006    Page 3 of 3