# UNITED STATES DISTRICT COURT

District of     GUAM

RECEIVED
OCT 20 2006
US MARSHALS SERVICE-GUAM

UNITED STATES OF AMERICA

V.

**RICHARD JAIMES**

**WARRANT FOR ARREST**

Case Number: MJ-05-00020

FILED
DISTRICT COURT OF GUAM
DEC - 7 2006 nb̂
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **RICHARD JAIMES**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    **X** Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with (brief description of offense)

(See Petition for Warrant or Summons for Offender Under Supervision previously filed on October 17, 2006)

in violation of Title    **18**    United States Code, Section(s)    **3565**

| | |
|---|---|
| **LEILANI R. TOVES HERNANDEZ** | _[signature]_ |
| Name of Issuing Officer | Signature of Issuing Officer |
| **Deputy Clerk** | **October 19, 2006; Hagatna, Guam** |
| Title of Issuing Officer | Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

S/FL Miami

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/19/06 | J. Curry, DUSM | _[signature]_ |
| DATE OF ARREST | | |
| 12/7/06 | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: **RICHARD JAIMES**

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____