# UNITED STATES DISTRICT COURT
## DISTRICTS OF GUAM AND THE NORTHERN MARIANA ISLANDS
## PROBATION/PRETRIAL OFFICE

FRANK MICHAEL CRUZ
CHIEF PROBATION OFFICER

**Guam Office**
Second Floor, U.S. Courthouse
520 W. Soledad Avenue
Hagåtña, Guam 96910
Tel: (671) 473-9201
Fax: (671) 473-9202



**CNMI Office**
Horiguchi Bldg., Rm. 212
P.O. Box 687 CK
Saipan, MP 96950
Tel: (670) 236-2990
Fax: (670) 236-2992

January 12, 2007

**FILED**
DISTRICT COURT OF GUAM
JAN 1 2 2007
MARY L.M. MORAN
CLERK OF COURT

Honorable Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 W. Soledad Avenue
Hagatna, Guam 96910

Re: **JAIMES, Richard**
USDC MJ Cs. No. 05-00020-001

**TRANSFER OF JURISDICTION REQUEST**

Dear Judge Manibusan:

Our office has received a request for a transfer of jurisdiction from the Southern District of Florida for the above offender. Mr. Richard Jaimes was arrested in the Southern District of Florida on December 5, 2006, pursuant to a Warrant of Arrest issued on October 17, 2006 in the District of Guam for probation violations. On December 11, 2006, Mr. Jaimes appeared for an Initial Appearance and Identity Hearing and was released on a $10,000 personal surety bond in the Southern District of Florida. He is currently awaiting a Removal Hearing scheduled for January 12, 2007, relative to a revocation petition filed in our District.

The Southern District of Florida Probation Office has agreed to accept supervision of this case, and is requesting the transfer of jurisdiction to dispose of the violation matters, because Mr. Jaimes has family ties in the Greenacres, Florida area. We concur with the transfer as this was our intent prior to the violation. Mr. Jaimes does not have any ties to Guam.

**ORIGINAL**

Transfer of Jurisdiction Request
Re: JAIMES, Richard
USDC MJ Cs. No. 05-00020-001
January 12, 2007
Page 2

Please do not hesitate to contact me if there are any questions or concerns.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File