| PROB 22 (Rev. 2/88) | DOCKET NUMBER (Tran. Court) |
|---|---|
| | MJ 05-00020-001 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Richard Jaimes<br>c/o USPO Joan Balls<br>Southern District of Florida<br>Flagler Center Building, Suite 400<br>501 South Flagler Drive<br>West Palm Beach, FL 33401 | GUAM | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Joaquin V.E. Manibusan, Jr., Magistrate Judge | |
| | DATES OF PROBATION | FROM 11/30/05 | TO 11/29/07 |

| OFFENSE |
|---|
| Driving Under the Influence of Alcohol (BAC), in violation of 16 G.C.A. 18§102(b), 18 U.S.C. § 7(3) and 13. |

**FILED**
DISTRICT COURT OF GUAM
MAR 16 2007
MARY L.M. MORAN
CLERK OF COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF **GUAM**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Southern District of Florida** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/12/2007
Date

HON. JOAQUIN V.E. MANIBUSAN, JR.
United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR **SOUTHERN** DISTRICT OF **FLORIDA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**RECEIVED**
JAN 12 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2/12/07
Effective Date

United States District Judge

ORIGINAL