# United States District Court
DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

**MARY L.M. MORAN**
CLERK OF COURT

March 20, 2007

TEL: (671) 473-9100
FAX: (671) 473-9152

Mr. Clarence G. Maddox II
Clerk/Court Administrator
United States District Court
150 Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

**Our Magistrate Case No. 05-00020**
**U.S.A. - vs - Richard Jaimes**

Dear Mr. Maddox:

Pursuant to the Transfer of Jurisdiction and Order filed March 16, 2007, the following certified copies are attached:

1. Information, filed May 10, 2005
2. Notice of Intent to Change Plea and Request for Hearing; Certificate of Service, filed July 27, 2005
3. Minute Entry - Change of Plea, filed August 1, 2005
4. Minute Entry - Sentencing, filed November 30, 2005
5. Amended Judgment, filed December 8, 2005
6. Transfer of Jurisdiction and Order, filed March 16, 2007

Please acknowledge receipt on the enclosed copy of this letter. Also, enclosed for your convenience is a self-addressed envelope.

Sincerely,

Leilani R. Toves Hernandez
Deputy Clerk

Enclosures
cc: Federal Public Defender, Guam (w/o encl)
cc: U.S. Attorney's Office, Guam (w/o encl)
cc: U.S. Probation Office, Guam (w/o encl)